

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

ORDER ON MOTION FOR REHEARING

Appellate case name:     Karen Kristine Silvio  **v.**  Michael B. Newman

Appellate case number:   01-10-01153-CV

Trial court case number: 945526

Trial court:             Co Civil Ct at Law No 1 of Harris County

Date motion filed:       7/28/14

Party filing motion:     Appellant

It is ordered that the motion for rehearing is ☒ **DENIED** ☐ **GRANTED.**

Judge's signature: /s/  Sherry Radack
                        ☐ Acting Individually ☒  Acting for the Court

Panel consists of: Chief Justice Radack and Justices Higley and Brown

Date:  October 21, 2014